**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| JOHN NOTTINGHAM,              )<br>                                                )<br>             Plaintiff,      )<br>  v.                                        )<br>                                                )<br>MEG BABCOCK, et al.,           )<br>                                                )<br>            Defendants.  ) | 1:05-cv-1654-JDT-TAB |

**Entry Concerning Selected Matters**

    The plaintiff's request to proceed *in forma pauperis* recites that he has significant debt and trust fund income of $800 per month. His request to proceed *in forma pauperis* is **granted**, consistent with the following: The plaintiff is permitted to pay the $250.00 filing fee in equal installments of $125.00, with the first to be paid **not later than December 8, 2005,** and the second to be paid **not later than January 4, 2006.**

    **IT IS SO ORDERED.**

_____
John Daniel Tinder, Judge
United States District Court

Date:  11/07/2005

Copies to:

John Nottingham
517 Front Street
Hollidaysburg, PA 16648