UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JOHN NOTTINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:05-cv-1654-JDT-TAB |
| | ) | |
| MEG BABCOCK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Concerning Selected Matters**

    The plaintiff's request to proceed *in forma pauperis* recites that he has significant debt and trust fund income of $800 per month. His request to proceed *in forma pauperis* is **granted**, consistent with the following: The plaintiff is permitted to pay the $250.00 filing fee in equal installments of $125.00, with the first to be paid **not later than December 8, 2005,** and the second to be paid **not later than January 4, 2006.**

    **IT IS SO ORDERED.**

Date: 11/07/2005

John Daniel Tinder, Judge
United States District Court

Copies to:

John Nottingham
517 Front Street
Hollidaysburg, PA 16648