UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JOHN NOTTINGHAM, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:05-cv-1654-JDT-TAB |
| MEG BABCOCK, et al., | ) ) ) | |
| Defendants. | ) | |

**E N T R Y**

This cause is dismissed for failure to prosecute, a disposition based on the plaintiff's failure to pay the first installment of the filing fee by December 1, 2005, as previously directed.

Judgment dismissing this action without prejudice shall now issue.

**IT IS SO ORDERED.**


Date: 12/12/2005

John Daniel Tinder, Judge
United States District Court