UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JOHN NOTTINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:05-cv-1654-JDT-TAB |
| | ) | |
| MEG BABCOCK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 12/12/2005

John Daniel Tinder, Judge
United States District Court

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Copies to:

John Nottingham
517 Front Street
Hollidaysburg, PA 16648